

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00393-CV

**SEGUNDO NAVARRO DRILLING, LTD.**, Lewis Petro Properties, Inc.,
and BP America Production Company,
Appellants

v.

**JUAN SALINAS RANCH MINERALS, LTD.**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013CV7000614D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of
the appeal are taxed against the party who incurred them.

SIGNED March 31, 2021.

_____
Liza A. Rodriguez, Justice